IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GONZALEZ, | : | Civil No. 3:21-cv-449 |
| Petitioner | : | |
| | : | (Judge Mariani) |
| v. | : | |
| WARDEN J.L. JAMISON, | : | |
| Respondent | : | |

**FILED
SCRANTON
APR 26 2021
PER _____
DEPUTY CLERK**

**ORDER**

**AND NOW**, this 26th day of April, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge